# SUPREME COURT OF PENNSYLVANIA

140 A.3d 11–15

| | | | |
|---|---|---|---|
| B.G.M., In re; T.M., In re | 06/15/2016 293 MAL (2016) | Denied | Pa.Super., 141 A.3d 590 |
| B.M.G., In re Adoption of; M.L.D., In re; S.T.G., In re Adoption of | 05/02/2016 106, 107 WAL (2016) | Denied | Pa.Super., 141 A.3d 590 |
| C.T., In re; K.T., In re | 05/20/2016 119 WAL (2016) | Denied | Pa.Super., 136 A.3d 1027 |
| Com. v. Baney [1] | 06/06/2016 39 MAL (2016) | Denied | Pa.Super., 135 A.3d 660 |
| Com. v. Banks | 05/24/2016 683 EAL (2015) | Denied | Pa.Super., 134 A.3d 492 |
| Com. v. Bumpess | 05/31/2016 603 EAL (2015) | Denied | Pa.Super., 133 A.3d 74 |
| Com. v. Burton | 05/31/2016 837 MAL (2015) | Denied | Pa.Super., 134 A.3d 94 |
| Com. v. Carter | 06/01/2016 5 MAL (016) | Denied | Pa.Super., 111 A.3d 1221 |
| Com. v. Cubbins | 06/01/2016 425 WAL (2015) | Denied | Pa.Super., 133 A.3d 82 |

[1]. Justice WECHT did not participate in the consideration or decision of this matter.